UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEBORAH K. ERIKSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:21-CV-335-PPS-JEM ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The Commissioner's Agreed Motion for Reversal with Remand for Further Administrative Proceedings [DE 20] is GRANTED.

The final decision of the Commissioner in this matter is REVERSED pursuant to the fourth sentence of 42 U.S.C. § 405(g), and the matter is REMANDED to the Commissioner for further proceedings. SO ORDERED.

ENTERED: June 17, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT