UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEBORAH K. ERIKSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Cause No. 2:21-CV-335-PPS-JEM |

### ORDER

Plaintiff's unopposed Application for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [DE 23; *see also* DE 24] is **GRANTED**.

Plaintiff is hereby awarded attorney fees in the amount of $1,747.87 under the EAJA. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that she owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**SO ORDERED.**

ENTERED: September 22, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT